**Harris County v. International Paper Co.**
**No. 01-15-00354-CV**
**Exhibit to Harris County's Docketing Statement**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/5/2015 1:15:08 PM
CHRISTOPHER A. PRINE
Clerk

**Question XII – Alternative Dispute Resolution/Mediation**

**Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):**

1.  The trial court erred when it instructed the jury that Champion Paper no longer owned the sludge as of 1966.

2.  The trial court erred when it excluded from the charge Harris County's claims related to nuisance and endangerment of the public health and welfare.

3.  The trial court erred when it instructed the jury not to consider any evidence regarding the Highway 90 gauge and tidal action before July 1, 1989.

4.  The trial court erred when it required Harris County to pay taxable costs because Harris County has governmental immunity.

Harris County reserves its right to raise other or different issues in this appeal.